IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02869-RBJ

JEREMY OLIVE, and
AMY OLIVE,

      Plaintiffs,

vs.

SERGEANT THOMAS VERMILYE,
OFFICER JESSICA CHAINE, and
JUDITH SCHNURR,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER,** having come before the Court, the Court having received and reviewed the Stipulation of Dismissal with Prejudice and the file, and being fully advised in the premises, the Court hereby,

**ORDERS** that the Stipulation of Dismissal with Prejudice is GRANTED. The claims for relief against Sergeant Thomas Vermilye and Officer Jessica Chaine are hereby dismissed with prejudice, each party is to bear their own attorney fees and costs as agreed between the parties. Additionally, electronic service to counsel for Thomas Vermilye and Jessica Chaine may be terminated.

DATED this 19th day of April, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

00764098.DOC